1  HOGAN LOVELLS US LLP
   Dean Hansell (Bar No. 93831)
2  Asheley G. Dean (Bar No. 245504)
   Rachel A. Patta (Bar No. 273968)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:   (310) 785-4600
   Facsimile:   (310) 785-4601
5  dean.hansell@hoganlovells.com
   asheley.dean@hoganlovells.com
6  rachel.patta@hoganlovells.com

7  Attorneys for Defendant
   PVH Corporation
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>PVH Corporation, a Delaware Corporation,<br><br>            Defendant. | Case No.  C 13-01797 LHK<br><br>**[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
|---|---|

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
LOS ANGELES

\\LA - 039936/000002 - 1059228 v1

[PROPOSED] ORDER RE REQUEST TO
APPEAR TELEPHONICALLY

1  Upon consideration of Defendant PVH Corporation's Request to Appear
2  Telephonically at Case Management Conference, and good cause appearing, it is
3  hereby ORDERED that Defendant, by and through its counsel, shall appear
4  telephonically at the Case Management Conference before Judge Lucy H. Koh
5  currently scheduled for August 7, 2013 at 2:00 p.m. in Courtroom 8.

7  IT IS SO ORDERED.

9  Dated: 7/30/13

Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY

\\LA - 039936/000002 - 1059228 v1