HOGAN LOVELLS US LLP
Dean Hansell (Bar No. 93831)
Asheley G. Dean (Bar No. 245504)
Rachel A. Patta (Bar No. 273968)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
dean.hansell@hoganlovells.com
asheley.dean@hoganlovells.com
rachel.patta@hoganlovells.com

Attorneys for Defendant
PVH Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PVH Corporation, a Delaware Corporation,<br><br>Defendant. | Case No.  C 13-01797 LHK<br><br>**[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

1    Upon consideration of Defendant PVH Corporation's Request to Appear

2   Telephonically at Case Management Conference, and good cause appearing, it is

3   hereby ORDERED that Defendant, by and through its counsel, shall appear

4   telephonically at the Case Management Conference before Judge Lucy H. Koh

5   currently scheduled for August 7, 2013 at 2:00 p.m. in Courtroom 8.

6

7   IT IS SO ORDERED.

8

9   Dated:    7/30/13

    _____
10                  Honorable Lucy H. Koh
                 United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE REQUEST TO
APPEAR TELEPHONICALLY

\\LA - 039936/000002 - 1059228 v1