# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: C 13-01797 LHK<br><br>[PROPOSED] ORDER RE REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE |

Upon consideration of Plaintiff Jessie Chavez's Request for Authorization to Appear Telephonically via Court Conference, and good cause appearing, it is hereby ORDERED that Plaintiff, by and through his counsel, shall appear telephonically at the Case Management Conference before Judge Lucy H. Koh currently scheduled for August 7, 2013 at 2:00 p.m. in Courtroom 8.

IT IS SO ORDERED.

Dated:   8/6/13

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

1

[PROPOSED] ORDER RE REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE