United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated ) ) ) | Case No.: 13-CV-01797 LHK |
| Plaintiff, ) ) v. ) ) PVH CORPORATION, a Delaware corporation, ) ) Defendant, ) ) | ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for November 6, 2013, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one joint case management statement by Monday, November 4, 2013 at noon.  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: October 31, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01797 LHK
CASE MANAGEMENT AND MINUTE ORDER