UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated | ) ) ) | Case No.: 13-CV-01797 LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |
| PVH CORPORATION, a Delaware corporation, | ) ) | |
| Defendant, | ) ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for November 6, 2013, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, November 4, 2013 at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01797 LHK
CASE MANAGEMENT AND MINUTE ORDER