1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated ) ) )| Case No.: 13-CV-01797 LHK |
| Plaintiff, )| |
| v. )| ORDER TO FILE JOINT CASE |
| ) | MANAGEMENT STATEMENT |
| PVH CORPORATION, a Delaware corporation, ) | |
| ) | |
| Defendant, ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for 1/8/2014, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, January 6, 2014 at noon.  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: 1/2/2014

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge