1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated | ) ) ) | Case No.: 13-CV-01797 LHK |
| Plaintiff, | ) ) | CASE MANAGEMENT ORDER |
| v. | ) ) | |
| PVH CORPORATION, a Delaware corporation, | ) ) | |
| Defendant, | ) ) | |

Clerk:  Martha Parker Brown        Plaintiff Attorney:  Larry Lee, William Lucas Marder
Reporter:  Lee-Anne Shortridge     Defendant Attorney:  Dean Hansell
                                   Objectors' Attorney: Ed Wynne

A case management conference and hearing regarding the parties' motion for preliminary approval of class action settlement were held on June 19, 2014, at 1:30 p.m.

The Court set a further Case Management conference for September 17, 2014 for Chavez' individual claims. The following case schedule for Chavez' individual claims remains as set:

| Scheduled Event | Date |
|---|---|
| Mediation Deadline | July 31, 2014 |
| Fact discovery cutoff | September 11, 2014 |
| Opening expert reports | October 2, 2014 |
| Rebuttal expert reports | October 16, 2014 |
| Close of expert discovery | November 6, 2014 |
| Last day to file disposition motions | November 27, 2014 |

1

Case No.: 13-CV-01797 LHK
CASE MANAGEMENT ORDER

| Hearing on dispositive motions | January 8, 2015, at 1:30 pm |
| Final Pretrial conference | March 5, 2015, at 1:30 p.m. |
| Jury Trial | April 6, 2015, at 9 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: June 20, 2014



LUCY H. KOH
United States District Judge

Case No.: 13-CV-01797 LHK
CASE MANAGEMENT ORDER