UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>     v.<br><br>PVH CORPORATION, a Delaware Corporation,<br><br>                      Defendant. | Case No.: 5:13-CV-01797-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for September 17, 2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, September 15, 2014, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: Sept. 11, 2014

                                                                         _____
                                                                          LUCY H. KOH
                                                                          United States District Judge