UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PVH CORPORATION, a Delaware corporation,<br><br>            Defendant. | Case No.: 13-CV-01797-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to the parties' Joint Case Management Statement, ECF No. 84 at 3, the case management conference set for September 17, 2014, is continued to January 14, 2015, at 2:00 p.m.[1]

//

//

---

[1] The parties suggested that the Case Management Conference be continued until January 15, 2015, a Thursday. The Court holds Civil Case Management Conferences on Wednesday. The parties should advise the Court if they are unavailable for January 14, 2015.

1
Case No.: 13-CV-01797-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by January 7, 2015.

**IT IS SO ORDERED.**

Dated: September 12, 2014

                                        _____
LUCY H. KOH
United States District Judge