**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>PVH CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.: 13-CV-01797-LHK<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE FIFTH THROUGH NINTH CAUSES OF ACTION AND VACATING CASE SCHEDULE |

Pursuant to the parties' joint stipulation for dismissal, ECF No. 101, it is hereby ordered that Plaintiff's fifth through ninth causes of action are dismissed with prejudice. Each party shall bear its own attorneys' fees and cost related to the fifth through ninth causes of action in this matter. The case schedule for Plaintiff Jessie Chavez's individual claims, as set in this Court's January 8, 2014 case management order, ECF No. 47, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01797-LHK
ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE FIFTH THROUGH NINTH CAUSES OF ACTION AND VACATING CASE SCHEDULE