United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PVH CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | ) | Case No.: 13-CV-01797-LHK<br><br>ORDER REGARDING FINAL APPROVAL HEARING |

At the January 15, 2015 final approval hearing in this matter, counsel for Plaintiff Jessie Chavez stated that he first learned of the lawsuit *Scott-George v. PVH Corp.*, 13-CV-00441, in an email from Defendant dated November 15, 2013. Plaintiff's counsel agreed to file that email with the Court on January 15, 2015. Plaintiff's counsel has not yet done so. The Court understands that counsel is travelling for depositions.

The Court hereby orders Plaintiff's counsel to file the above-referenced email by Tuesday, January 20, 2015.

United States District Court
For the Northern District of California

**IT IS SO ORDERED.**

Dated: January 16, 2015

LUCY H. KOH
United States District Judge