UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>PVH CORPORATION, et al.,<br><br>      Defendants. | Case No.:13-CV-01797-LHK<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A further case management conference is set for March 25, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 18, 2015. Civ. L.R. 16-10(d). The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: February 13, 2015

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge