UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE CHAVEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>PVH CORPORATION, et al.,<br><br>            Defendants. | Case No. 13-CV-01797-LHK<br><br>**ORDER TO FILE PROPOSED CLAIM FORM AND NOTICE PACKET**<br><br>Re: Dkt. No. 144 |

On March 13, 2015, the parties filed a Motion for Preliminary Approval of Class Action Settlement. ECF No. 144. This motion is set for hearing on July 16, 2015, at 1:30 p.m. The Second Amended Class Settlement Agreement ("Agreement"), filed in redline at ECF No. 144-2, cites to a "Claim Form" and "Notice Packet" as Exhibits 2 and 3, respectively, to the Agreement. ECF No. 144-2 at 12, 19. The parties, however, failed to file the Claim Form or Notice Packet with the Court. Accordingly, the parties are hereby ORDERED to file the Claim Form and Notice Packet cited in the Agreement before 10:00 a.m. on Monday, July 13, 2015.

**IT IS SO ORDERED.**

Dated: July 9, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 13-CV-01797-LHK
ORDER TO FILE PROPOSED CLAIM FORM AND NOTICE PACKET