Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, A Professional Corporation**
550 S. Hope Street, Suite 2655
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

William L. Marder (State Bar No. 170131)
**POLARIS LAW GROUP**
501 San Benito Street, Suite 200
Hollister, California 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff Jessie Chavez

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  C 13-01797 LHK<br><br>**[PROPOSED] JUDGMENT** |

On December 18, 2015, this Court issued its Order Granting Motion for Final Approval of Settlement; Granting Motion for Attorney's Fees, Costs, and Representative Plaintiffs Awards; and Denying *Ex Parte* Motion to Intervene (Doc. No. 209) (the "Final Order").  Now, therefore, it is hereby ordered, adjudged, and decreed that:

**1.**     Judgment is hereby entered pursuant to the terms of the Final Order; and

**2.**     Pursuant to paragraph 20 of the Second Amended Joint Stipulation of Class Action Settlement and Release, payment is due upon the expiration of the time to file any appeal from the Order granting final approval or upon resolution of any appeals in a way that does not alter the terms of the settlement.

**3.**     This Court shall retain jurisdiction to enforce the terms of the Final Order and this Judgment despite the matter being closed.

**IT IS SO ORDERED.**

Dated this  28  day of    December    , 2015.

BY THE COURT:

*Lucy H. Koh*
The Honorable Lucy H. Koh

1
[PROPOSED] JUDGMENT – CASE NO. C 13-01797 LHK